STEPHEN J. O'BRIEN et al., Respondents, *v.* THE TOWN OF GREENBURGH et al., Appellants.

(Argued January 21, 1935; decided February 26, 1935.)

*Gerald FitzGerald* for the Town of Greenburgh, appellant.
*Bern Budd, Clinton T. Taylor, Earle P. Hite, Maxwell Steinhardt* and *Kenneth C. Quencer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.